December 22, 1970.

M. P. No. 1080. ROBERT J. WELCH *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus granted, writ to issue forthwith. Petitioner granted permission to appear and argue pro se ipso. *Robert J. Welch,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1131. JAMES MANCUSO *v.* FRANCIS HOWARD, *Warden.* Petition for writ of habeas corpus is denied. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1172. ROBERT J. WELCH *v.* STATE. Petition for writ of mandamus is denied. *Robert J. Welch,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1191. IN RE ARAM K. BERBERIAN. Petition as prayed is denied. *Aram K. Berberian,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1230. DAVID MICHAEL MARDEN *v.* CANDYSS T. F. MARDEN. Petition for writ of certiorari is denied. *Aram K. Berberian,* for petitioner. *Charles J. Rogers, Jr.,* for respondent.

M. P. No. 1251. STATE *v.* EDWARD G. PLANTE. Respondent directed to file answer to habeas corpus petition and *show cause,* if any he has, why writ should not issue, answer to comply with Provisional Order No. 7. Motion for assistance of counsel granted and Public Defender directed to represent petitioner in further prosecution of said petition. *Herbert F. DeSimone,* Attorney General, for respondent. *Edward G. Plante,* petitioner, pro se. Also *James Cardono,* Public Defender, for petitioner.